UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff<br><br>     v.<br><br>GILBERTO MALDONADO,<br><br>          Defendant | CR F-02-5408 OWW<br><br>RECOMMENDATION FOR DRUG PROGRAM |

At the request of counsel for the defendant and with the concurrence of counsel for the government, the Court hereby recommends that the above-named defendant participate in the Bureau of Prisons 500-Hour Drug Abuse Program, if it is deemed he is a proper candidate within the Bureau of Prison guidelines.

Dated: July 15, 2005                    /s/ OLIVER W. WANGER
                                        _____
                                        OLIVER W. WANGER
                                        United States District Judge

1